UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 24-cr-00455-CRC |
| ) | |
| MICHAEL HENNESSEY, ) | |
| ) | |
| ) | |
| Defendant ) | |
| ) | |

**DEFENDANT MICHAEL HENNESSEY'S MOTION TO MODIFY TERMS AND CONDITIONS OF PRETRIAL RELEASE**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

NOW COMES, Defendant Michael Hennessey, by and through his undersigned counsel or record, William L. Shipley, requesting this Court modify the conditions of pretrial release imposed by this Court so as to allow for international travel to San Pedro from January 1, 2025, to January 17, 2025, with his girlfriend for a post-holiday visit.

On May 29, 2024, Defendant Hennessey was charged with violations of 18 U.S.C. Sec. 231(a)(3), 18 U.S.C. Sec 1752 (a)(1), 18 U.S.C. Sec 1752 (a)(2), 18 U.S.C. Sec 5104 (e)(2)(D), and 18 U.S.C. Sec 5104 (e)(2)(G) by a criminal complaint.

On May 21, 2024, Magistrate Judge Upadhyaya set Defendant Hennessey's terms and conditions of pretrial release that required court approval to travel outside of the Continental United States. *See* ECF No.13 Pg. 2 at ln f.

To date, Defendant Hennessey has been in compliance with the terms and conditions of release set by this Court.

Defendant Hennessey has not yet had his case set for trial and is set to appear before this Court for a Status Conference on February 4, 2025.

Undersigned has conferred with Government Counsel who oppose such modification.

The Court in August granted a similar motion, over the Government's opposition, allowing Defendant Hennessey to travel to Quintana Roo, Mexico to attend and take part in his brother's wedding. *See* ECF No. 18.

Should this Court allow for Defendant Hennessey to travel for the intention of being visiting his girlfriends family, all travel information and hotel stay will be submitted to his Pretrial Services Officer.

Dated: December 17, 2024      Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*